IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| OVERSEAS LEASE GROUP, INC., | ) ) ) |
| Plaintiff, | ) No. 11-123C ) |
| v. | ) Senior Judge Lynn J. Bush ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Overseas Lease Group, Inc. ("OLG"), respectfully requests that the Court of Federal Claims grant it an enlargement of time to file its Motion for Summary Judgment with respect to defendant's fraud counterclaims. Pursuant to the Court's Order of December 3, 2013, OLG's Motion for Summary Judgment is currently due by January 6, 2014. *See* Order of December 3, 2013 (Docket. No. 105). OLG requests that the Court grant it an additional 18 days to file so that OLG's Motion for Summary Judgment is due on or before January 24, 2014. The defendant has confirmed that the United States does not oppose this motion.

OLG requests additional time to file so that we may adequately prepare a Statement of Uncontroverted Facts and convert OLG's Motion to Dismiss Defendant's Amended Answer and Counterclaims to a Motion for Summary Judgment. The undersigned counsel has numerous pending matters requiring the attention of counsel in December and January, with many overlapping deadlines, preventing OLG's counsel from adequately preparing a Motion for Summary Judgment with respect to defendant's fraud counterclaims. These matters include, but are not limited to, pending bid protest litigation at the U.S. Court of Federal Claims (*Ocean Ships, Inc. v. United States*, No. 13-964C, and *M Squared Design, LLC v. United States*, No. 13-

-1-

907C), both of which will require significant time preparing for and drafting respective Motions for Judgment on the Administrative Record due on January 8, 2014 and January 16, 2014, respectively. Additionally, the below counsel will have to divert resources to several large and time-intensive bid protest matters pending before the Government Accountability Office, including *Crowley Technical Management, Inc.,* B-407904.2, *Sotera Defense Solutions, Inc*., B-408587.2, and *Visionary Integration Professionals*, B-407273.46, which have Agency Reports and Comments due beginning December 23, 2013, and running through January 23, 2014. These and a number of other pending responsibilities, as well as pre-existing vacation time in December and early January, will prevent counsel from devoting the time necessary to adequately prepare OLG's Motion for Summary Judgment and Statement of Uncontroverted Facts. OLG believes that an additional 18 days to file its motion is necessary and reasonable.

For these reasons, OLG respectfully requests that the Court enter an order permitting OLG to file its Motion for Summary Judgment with respect to defendant's fraud counterclaims on or before **January 24, 2014**.

December 17, 2013                                          Respectfully submitted,

                                                                               s/Paul A. Debolt
Paul A. Debolt
James Y. Boland
Christina K. Kube
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
Ph: (202) 344-8384
Fax: (202) 344-8300

*Counsel to Overseas Lease Group, Inc.*