# In the United States Court of Federal Claims

No. 11-123 C

(Filed December 18, 2013)

```
* * * * * * * * * * * * * * * * * * * *
OVERSEAS LEASE GROUP,          *
INC.,                          *
                               *
            Plaintiff,         *
                               *
      v.                       *
                               *
THE UNITED STATES,             *
                               *
            Defendant.         *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On December 17, 2013, plaintiff filed an unopposed Motion for an Enlargement of Time to File Plaintiff's Motion for Summary Judgment with respect to defendant's fraud counterclaims. Plaintiff requests an extension of 18 days, to and including January 24, 2014, to file its motion. Plaintiff has not previously requested an extension for this purpose. For good cause shown, the court grants plaintiff's motion.

Accordingly, it is hereby **ORDERED** that

(1) Plaintiff's Motion for an Enlargement of Time to File Plaintiff's Motion for Summary Judgment with respect to defendant's fraud counterclaims is **GRANTED**;

(2) Plaintiff shall **FILE** its **Motion for Summary Judgment** with respect to defendant's fraud counterclaims on or before **January 24, 2014**; and

(3)     Defendant shall **RESPOND** to plaintiff's Motion for Summary Judgment, and may also **FILE** a **Cross-Motion for Summary Judgment**, in accordance with the rules of this court.

                                           <u>/s/Lynn J. Bush</u>
                                           LYNN J. BUSH
                                           Senior Judge