# In the United States Court of Federal Claims

No. 11-123 C

(Filed January 23, 2013)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| OVERSEAS LEASE GROUP, INC., | \* <br> \* <br> \* |
| *Plaintiff*, | \* <br> \* |
| v. | \* <br> \* |
| THE UNITED STATES, | \* <br> \* |
| *Defendant*. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

On January 22, 2014, plaintiff filed an unopposed Motion for an Enlargement of Time to File Its Motion for Summary Judgment with respect to defendant's fraud counterclaims. This is plaintiff's second request for an enlargement of time for this purpose. Plaintiff requests an additional extension of seven days, to and including January 31, 2014, to file its motion. Plaintiff states that "the parties are currently exploring the possibility of requesting that this case be referred to an ADR judge, but have not yet finalized an agreement to do so." Def.'s Mot. at 1. Plaintiff further states that should the parties reach such an agreement, they "will file a joint motion requesting that the [c]ourt stay all current deadlines and refer the case to an ADR judge." *Id.* According to plaintiff, a seven-day extension of time to file its motion for summary judgment will "enable the parties to negotiate an agreement and pursue ADR without the need to file a summary judgment motion." *Id.*

In view of the parties' pending negotiations regarding possible resolution of this matter through the court's ADR program, the court will deny as moot plaintiff's second request for an enlargement but will stay this matter until further order of the court. The parties are directed to continue exploring the possibility of

requesting referral to the court's ADR program and shall file a joint status report regarding their negotiations in that regard as directed below.

Accordingly, it is hereby **ORDERED** that

(1) Plaintiff's unopposed Motion for an Enlargement of Time to File Its Motion for Summary Judgment with respect to defendant's fraud counterclaims is **DENIED as moot**;

(2) The Clerk's Office is directed to **STAY** this matter until further order of the court; and

(3) The parties shall **FILE** a **Joint Status Report** regarding the results of their negotiations as to possible alternative resolution of this matter, including any request for referral to the court's ADR program, on or before **January 31, 2014**. In the event that the parties are unable to reach agreement regarding whether to request referral to the court's ADR program, the parties' Joint Status Report shall propose a revised briefing schedule with respect to plaintiff's motion for summary judgment on defendant's fraud counterclaims.

/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge