# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| OVERSEAS LEASE GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 11-123C |
| v. | ) ) | Senior Judge Lynn J. Bush |
| THE UNITED STATES, | ) ) | Senior Judge Nancy B. Firestone |
| Defendant. | ) ) ) | (ADR Judge) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated January 31, 2014, Overseas Lease Group, Inc., and the United States hereby submit this Joint Status Report regarding the status of the parties' efforts toward settlement of this matter.

As noted in the previous Joint Status Report, in mid-March 2014, the parties participated in a multi-day ADR Conference with Judge Firestone at the Court, during which time the parties presented their respective positions on the issues. The parties subsequently participated in additional meetings and conference calls, with the assistance of Judge Firestone. As a result of these efforts, the attorneys of record in this case have elevated consideration of a possible settlement to those individuals within the Department of Justice with authority to authorize settlement.

April 29, 2014

Respectfully submitted,

STUART F. DELERY
Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN
Director

|  | s/Martin F. Hockey, Jr. |
|---|---|
|  | MARTIN F. HOCKEY JR. |
|  | Assistant Director |
| s/Paul A. Debolt |  |
| Paul A. Debolt | s/Michael P. Goodman |
| VENABLE LLP | MICHAEL P. GOODMAN |
| 575 7th Street, NW | Trial Attorney |
| Washington, DC 20004 | Civil Division; Department of Justice |
| Tel: (202) 344-8384 | PO Box 480; Ben Franklin Station |
|  | Washington, DC 20044 |
| James Y. Boland | Tel: (202) 305-2087 |
| Christina K. Kube |  |
| VENABLE LLP | *Counsel for the United States* |
| 8010 Towers Crescent Drive, Suite 300 |  |
| Tysons Corner, VA 22182 |  |
| Tel: (703) 760-1997 |  |

*Counsel for Overseas Lease Group, Inc*.