# In the United States Court of Federal Claims

No. 11-123 C

(Filed June 16, 2014)

```
* * * * * * * * * * * * * * * * * * * *
OVERSEAS LEASE GROUP,      *
INC.,                      *
                           *
           Plaintiff,      *
                           *
      v.                   *
                           *
THE UNITED STATES,         *
                           *
           Defendant.      *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

     Pursuant to the court's order of January 28, 2014, this matter was referred to an Alternative Dispute Resolution (ADR) settlement judge (Judge Nancy B. Firestone) and the parties were directed to file with the undersigned trial judge a Joint Status Report (JSR) on February 27, 2014, and every thirty days thereafter, regarding the status of the parties' efforts toward settlement of this matter. The parties filed a JSR on February 27, 2014, March 31, 2014, and April 29, 2014. As of the filing of this order, the court has not received the parties May 29, 2014 status report.

     Accordingly, it is hereby **ORDERED** that absent the filing of a Joint Stipulation of Voluntary Dismissal, the parties shall **FILE** a **Joint Status Report**, on or before **June 20, 2014**, informing the court of the status of the parties' efforts toward settlement of this matter.

/s/Lynn J. Bush  
LYNN J. BUSH  
Senior Judge
