**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| OVERSEAS LEASE GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 11-123C |
| | ) | |
| v. | ) | Senior Judge Lynn J. Bush |
| | ) | |
| THE UNITED STATES, | ) | Senior Judge Nancy B. Firestone |
| | ) | (ADR Judge) |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated June 16, 2014, Overseas Lease Group, Inc. (OLG), and the United States hereby submit this Joint Status Report regarding the status of the parties' efforts toward settlement of this matter.

The parties respectfully apologize to the Court for missing the previous deadline for filing a joint status report. As we noted in our previous Joint Status Reports, the parties participated in a multi-day ADR Conference with Judge Firestone at the Court, during which time the parties presented their respective positions on the issues. The parties subsequently participated in additional meetings and conference calls, and exchanged settlement offers with the assistance of Judge Firestone. As a result of those efforts, counsel of record reached an agreement to recommend settlement to those with authority to settle this matter.

Officials within the Department of Justice are currently reviewing the recommendation of counsel of record to settle this case without further litigation. Because the case involves multiple claims filed by OLG as well as a number of fraud counterclaims, any settlement of this matter must be approved by the Associate Attorney General. The process for obtaining settlement authority in this matter involves the Assistant Attorney General responsible for the Civil

Division formally making a recommendation to the Associate Attorney General after receiving input from both the Fraud and the National Courts Sections of the Commercial Litigation Branch. That review process is underway, but has not yet been completed. The parties anticipate that the Department of Justice's internal review will be completed within the next thirty days.

June 20, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

 s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY JR.
Assistant Director

 s/Paul A. Debolt
Paul A. Debolt
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
Tel: (202) 344-8384

James Y. Boland
Christina K. Kube
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, VA 22182
Tel: (703) 760-1997

*Counsel for Overseas Lease Group, Inc.*

s/Michael P. Goodman
MICHAEL P. GOODMAN
Trial Attorney
Civil Division; Department of Justice
PO Box 480; Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-2087

*Counsel for the United States*