# In the United States Court of Federal Claims

No. 11-123 C
(Filed June 24, 2014)

```
* * * * * * * * * * * * * * * * * * * *
OVERSEAS LEASE GROUP,           *
INC.,                           *
                                *
            Plaintiff,          *
                                *
      v.                        *
                                *
THE UNITED STATES,              *
                                *
            Defendant.          *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

Pursuant to the court's order of June 20, 2014, the parties filed a Joint Status Report informing the court of the status of the parties' efforts toward settlement of this matter. Therein, the parties state that as a result of ADR conferences presided over by Judge Firestone "counsel of record reached an agreement to recommend settlement to those with authority to settle this matter." JSR at 1. "The process for obtaining settlement authority in this matter involves the Assistant Attorney General responsible for the Civil Division formally making a recommendation to the Associate Attorney General after receiving input from both the Fraud and the National Courts Sections of the Commercial Litigation Branch." JSR at 2. The parties further state that the Department of Justice's internal review will be completed within the next thirty days.

Accordingly, it is hereby **ORDERED** that absent the filing of a Joint Stipulation of Voluntary Dismissal, the parties shall **FILE** a **Joint Status Report**, on or before **August 22, 2014**, informing the court of the status of the parties' efforts toward settlement of this matter.

/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge