**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | ) | |
|---|---|---|
| OVERSEAS LEASE GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 11-123C |
| | ) | |
| v. | ) | Senior Judge Lynn J. Bush |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, Paul A. Debolt, and the law firm of VENABLE LLP, and move this Court pursuant Rule 83.1 (c)(5) of the Rules of the United States Court of Federal Claims ("RUSCFC") for leave to withdraw as counsel for Plaintiff, Overseas Lease Group, Inc. ("OLG"). In support of this motion, Venable offers the following facts:

1. The Plaintiff retained the services of Paul A. Debolt and Venable LLP with respect to the above-captioned matter in the Fall of 2012.

2. On July 16, 2014, OLG notified Venable that it was no longer to represent OLG in the above matter. On July 17, 2014, Venable notified OLG that given OLG's decision, Venable would be filing with this Court a motion to withdraw as counsel. In addition, Venable informed OLG that pursuant to the RUSCFC that OLG had to be represented by a counsel admitted to practice before the United States Court of Federal Claims in this matter. The contact information for OLG's General Counsel and outside counsel are included in the attached Certificate of Service.

3. In light of the notice received from OLG on July 16th, Venable hereby seeks leave of the Court to withdraw as counsel in the above captioned matter. OLG provided formal notice

-2-

to Venable that it was no longer to represent OLG in this matter.  As a result, Venable believes that it has no basis under which it can continue to represent OLG in this dispute.

WHEREFORE, Paul A. Debolt and Venable LLP move this Honorable Court for leave to withdraw and to be relieved as counsel for the Plaintiff in this matter.

Dated:  July 21, 2014                                          Respectfully submitted,

                                                  s/Paul A. Debolt
Paul A. Debolt
James Y. Boland
Christina K. Kube
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
Ph: (202) 344-8384
Fax: (202) 344-8300

*Counsel to Overseas Lease Group, Inc.*

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| OVERSEAS LEASE GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 11-123C |
| v. | ) ) | Senior Judge Lynn J. Bush |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER

THIS MATTER came to be heard on the Motion of Counsel for the Paul A. Debolt and Venable LLP to withdraw as counsel of record for said Plaintiff. APPEARING to the Court that said Motion is well taken and should be granted; it is hereby ORDERED AND ADJUDGED that Paul A. Debolt and Venable LLP be and hereby are discharged as counsel of record for the Plaintiff.

ENTERED this day of _____, 2014.

_____
Senior Judge Lynn J. Bush

8316592-v2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2014, a true copy of the foregoing was served through

first class mail on:

Donna M. Zerbo, Esquire
General Counsel
Overseas Lease Group, Inc.
1719 State, Route 10
Suite 235
Parsippany, NJ  07054
Ph: (800) 331-0599
*dz@overseasleasegroup.com*

Paul Batista, P.C., Attorney-at-Law
Outside Counsel for Overseas Lease Group, Inc.
26 Broadway
Suite 1900
New York, NY  10004
Ph: (212) 980-0070
*Email: Batista007@aol.com*

A copy of the foregoing was also served on counsel of record for the Department of Justice through the Court's CM/ECF filing system.

                                                                                  s/Paul A. Debolt