# In the United States Court of Federal Claims

No. 11-123 C

(Filed August 19, 2014)

* * * * * * * * * * * * * * * * * * *
OVERSEAS LEASE GROUP,   *
INC.,   *
             *Plaintiff*,   *
                               *
            v.   *
                               *
THE UNITED STATES,   *
             *
             *Defendant*.   *
* * * * * * * * * * * * * * * * * * *

## **ORDER**

On July 21, 2014, pursuant to Rule 83.1(c)(5) of the Rules of the Court of Federal Claims (RCFC), plaintiff's counsel filed Plaintiff's Motion to Withdraw as Counsel. Plaintiff's counsel, Paul A. Debolt of Venable LLP, states in the motion that Overseas Lease Group, Inc. (OLG) "notified Venable that it was no longer to represent OLG in the above matter." Pl.'s Mot. ¶ 2. In light of this instruction from OLG, Mr. Debolt states that Venable "seeks leave of the Court to withdraw as counsel in the above captioned matter." *Id.* ¶ 3. The motion includes a certificate of service stating that service on OLG's inside and outside counsel was made on July 21, 2014.

Although defendant is permitted a response to any motion filed by plaintiff, the court does not require a response from the government on this matter. In addition, the deadline for such a response was August 7, 2014. The court finds that plaintiff's counsel has satisfied the requirements set forth in RCFC 83.1(c)(5) and grants plaintiff's motion.

The court now turns to three other issues in the instant matter. First, the chambers of the undersigned received an email communication from OLG's outside counsel on July 21, 2014. The court does not allow email communications with chambers except expressly by leave of the court. In the future, any communications to the court from OLG in this matter shall be accomplished

through the Clerk's Office or through electronic filing via the court's CM/ECF system.

Second, as to the content of the email received on July 21, 2014, this document does not form part of the record of this proceeding and will not be considered by the undersigned. The court notes further that the presiding trial judge of a case in this court is not privy to, and should not be made privy to, the details of settlement negotiations that occur in the context of Alternative Dispute Resolution (ADR) under the auspices of an ADR judge. OLG shall refrain from unilaterally disclosing any further details of ADR proceedings to the undersigned.[1]

Third, OLG must obtain a counsel of record qualified to appear in this matter. The parties in this case are required to report to the undersigned as to the status of their progress toward settlement, and their next joint status report is due August 22, 2014. In light of the withdrawal of plaintiff's counsel, the court shall extend this deadline to permit OLG to obtain counsel so that OLG may fulfill this and other responsibilities of a litigant in this court. The provisions of RCFC 83.1(c)(1), (4) address the requirement that a party be represented by a counsel of record and procedures for the substitution of counsel for private parties.

Accordingly, it is hereby **ORDERED** that

(1) Plaintiff's Motion to Withdraw as Counsel, filed by Paul A. Debolt on July 21, 2014, is **GRANTED**;

(2) The Clerk's Office is directed to **SERVE** a copy of this order via Federal Express (two-day delivery) to plaintiff at the following addresses:

Donna M. Zerbo, Esquire
General Counsel

---

[1]/ The court notes that the email from plaintiff's outside counsel disclosed a final agreed-upon settlement amount for this case. Disclosure of confidential ADR information to a presiding judge raises issues of judge disqualification. *E.g.*, Judicial Code of Conduct Canon 3(C)(1)(a); Judicial Code of Conduct Advisory Opinion 95-1. Should this lawsuit not settle, the undersigned will address the question of whether she can continue to preside over this case.

2

Overseas Lease Group, Inc.
1719 State, Route 10
Suite 235
Parsippany, NJ 07054

Paul Batista, P.C., Attorney-at-Law
Outside Counsel for Overseas Lease Group,
Inc.
26 Broadway
Suite 1900
New York, NY 10004

(3)  Plaintiff shall **FILE** a **Motion to Substitute Counsel** pursuant to RCFC 83.1(c)(4) on or before **September 5, 2014**;

(4)  The parties shall **FILE** a **Joint Status Report**, on or before **September 19, 2014**, informing the court of the status of the parties' efforts toward settlement of this matter.

s/Lynn J. Bush
LYNN J. BUSH
Senior Judge
