# In the United States Court of Federal Claims

No. 11-123 C

(Filed August 21, 2014)

```
* * * * * * * * * * * * * * * * * * * *
OVERSEAS LEASE GROUP,          *
INC.,                          *
              Plaintiff,       *
                               *
         v.                    *
                               *
THE UNITED STATES,             *
                               *
              Defendant.       *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On August 20, 2014, plaintiff filed a Motion for Leave to Substitute Counsel. Therein, plaintiff request that Eric S. Crusius, Esq., be substituted as counsel of record in this matter. Accordingly, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge